STATE OF MISSOURI, Appellant, v. JAMES RUSSELL, Respondent.

### St. Louis Court of Appeals, February 23, 1897.

Criminal Law: INDICTMENT, MOTION TO QUASH NOT REVIEWABLE, WHEN. In the absence of a bill of exceptions, a motion to quash an indictment is not preserved for review. *State v. Flora*, 109 Mo. 292.

*Appeal from the Crawford Circuit Court.*—HON. C. C. BLAND, Judge.

AFFIRMED.

*A. H. Harrison,* prosecuting attorney, and *C. D. Jamison,* for appellant.

The words of the statute must be construed so as to give them effect if possible. *Neeman v. Smith,* 50 Mo. 525; *State v. Dieeling,* 66 *Id.* 375; Cooley's Const. Lim. [4 Ed.] 223; Bish. Stat. Crimes [2 Ed.], 80, 82.

Cards are a gambling device under sections 3809, 3810, Revised Statutes, 1889, though not so under section 3808. *State v. Purdom,* 3 Mo. 115; *State v. Ellis,* 4 *Id.* 474; *State v. Eubanks,* 5 *Id.* 450; *State v. Bates,* 10 *Id.* 166; *State v. Herryford,* 19 *Id.* 377; *State v. Skaggs,* 33 *Id.* 92.

No brief filed for respondent.

BOND, J.—The defendant was indicted for gambling. He filed a motion to quash, which was sustained. The state appealed. No bill of exceptions was taken.

A motion to quash an indictment is not part of the record proper, hence it is not preserved for review, in the absence of a bill of exceptions. *State v. Flora*, 109 Mo. 292.

The judgment herein is affirmed. Judge BIGGS concurs. Judge BLAND not sitting.